# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BERNARDO MARTINEZ,<br><br>        Petitioner,<br><br>    v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>        Respondent. | No. CV 07-6797-SVW (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 24, 2010

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE